UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

DAWN NELSON,

    Plaintiff,

vs.                        Case No.: 06-C-252

ATLAS TAG & LABEL, INC.,

    Defendant.

## ORDER

Upon the attached motion, and not having received objection from any party,

IT IS HEREBY ORDERED that the electronic filing requirement for the defendant's attorney is hereby waived.

Dated this 30th day of November, 2006.

_____
Honorable William C. Griesbach
U.S. District Judge, Eastern District of Wisconsin

USDC EDWI
FILED IN GREEN BAY DIV
NOV 3 0 2006
AT_____ O'CLOCK _____ M
SOFRON B. NEDILSKY