UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

U.S. DISTRICT COURT
EASTERN DISTRICT WI
GREEN BAY

'06 DEC -1 P 1 :50

FILED
SOFRON B. NEDILSKY, CLERK
MAIL REC'D

DAWN NELSON
1200 Robin Street
New London WI 54961

Hon. William C. Griesbach

v.

Case No. 06-C-252

ATLAS TAG & LABEL, INC.
2345 Walker, N.W.
Grand Rapids MI 49504

### ORDER REGARDING DEADLINE FOR DISCOVERY AND DISPOSITIVE MOTIONS

IT IS ORDERED that the deadline for completion of discovery in this action is extended to January 12, 2007.

IT IS FURTHER ORDERED that the deadline for filing dispositive motions is extended to February 12, 2007.

Dated: 12-1-06

Hon. William C. Griesbach

022087.116495  1346453-1